Document Prepared on Recycled Paper

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE LOUISE JOHNSON BURNETT, | Case No.: 2:16-cv-07753-R-AS |
| Plaintiff, | Hon.: Manuel L. Real |
| vs. | **ORDER AND JUDGMENT OF DISMISSAL** |
| CALIFORNIA FINANCIAL GROUP, INC. DBA CFG BANCORP; LAWYERS TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC.; NBS LAWYERS TITLE SERVICES, LLC; DUKE PARTNERS, LLC; NATIONWIDE TITLE CLEARING, INC.; and DOES 1-10, Inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 29, 2016, this Court took Defendant Lawyers Title Insurance Company's ("Lawyers Title") Motion to Dismiss the Complaint of Plaintiff Michele Louise Johnson-Burnett ("Plaintiff")

1

under submission, and on January 23, 2017, issued its Order granting Lawyers Title's Motion to Dismiss.

**IT IS HEREBY ORDERED:**

That Lawyers Title's Motion to Dismiss the Complaint is GRANTED as to the Entire Complaint; and

Plaintiff's Complaint is hereby DISMISSED with prejudice as to Lawyers Title and Lawyers Title is hereby awarded its costs against Plaintiff.

DATED: ___August 4, 2017

_____
Hon. Manuel L. Real
United States District Judge

DOCUMENT PREPARED
ON RECYCLED PAPER