# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE LOUISE JOHNSON BURNETT, <br><br> Plaintiff, <br> v. <br><br> CALIFORNIA FINANCIAL GROUP, INC. DBA CFG BANCORP; LAWYERS TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC.; NBS DEFAULT SERVICES, LLC; DUKE PARTNERS, LLC; NATIONWIDE TITLE CLEARING, INC.; and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No. CV-16-07753-R-AS <br><br><br> JUDGMENT <br><br><br><br> Complaint Filed: October 18, 2016 |

On January 23, 2017, this Court entered an order granting defendants CitiMortgage, Inc., Mortgage Electronic Registration Systems, Inc., and Nationwide Title Clearing, Inc.'s ("Defendants") Motion to Dismiss Plaintiff Michele Louise Johnson-Burnett's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Dkt. No. 73). The Court ordered Plaintiff's complaint dismissed as to Defendants. THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That this action is dismissed with prejudice as to Defendants;

2. That judgment be entered in favor of Defendants and against Plaintiff as to each and every cause of action in this case, and that Plaintiff take nothing by way of her claims against Defendants; and

3. That there is no just reason for delay in the entry of this judgment as to Plaintiff and Defendants.

**IT IS SO ORDERED**.

Dated: June 14, 2019

Manuel L. Real
United States District Judge